George C. Van Tuyl, Jr.. as Superintendent of Banks of the State of New

York, Appellant, v. Joseph G. Robin and Others, Impleaded with Edmund L. Mooney, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.